IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SUZANNE S. LAREW, | CV 17–84–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| FIRST INTERSTATE BANCSYSTEM, INC., | |
| Defendant. | |

Plaintiff Suzanne Larew requests that the Court remand this action to the Fourth Judicial District Court, Missoula County, and that any implied claim under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 626(e), be dismissed. Defendant First Interstate does not oppose the motion, and the parties have entered into a Joint Stipulation, (Doc. 4), whereby Larew will amend her complaint to remove the assertion of an ADEA claim.

Accordingly, IT IS ORDERED that the unopposed request to remand, (Docs. 5, 8), is GRANTED. Pursuant to the parties' Joint Stipulation, any implied claim under the ADEA is DISMISSED. This matter is REMANDED to the Montana Fourth Judicial District Court, Missoula County. 28 U.S.C. §§ 1331,

1447. The Clerk of Court is directed to transfer the case file and close the case.

DATED this 5th day of July, 2017.

_____
Donald W. Molloy, District Judge
United States District Court